■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WAYNE MORGAN, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents. [682 NYS2d 591] —Order, Supreme Court, New York County (Denis Boyle, J.), entered on or about January 3, 1997, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

We have considered the contentions raised in petitioner's *pro se* supplemental brief and find them to be without merit. Concur—Rosenberger, J. P., Ellerin, Tom and Saxe, JJ.